1  Name: Joshua Laine
2  Address: 2150 Portola Ave Ste D #238
   Livermore, CA 94551
3  Phone Number: 925.321.0373
4  E-mail Address: josh.laine@yahoo.com
5  Pro Se

RECEIVED

AUG 18 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joshua Laine

   Plaintiff,

vs.

City of Livermore

   Defendant.

Case Number: 15-cv-03656 – VC

[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: August 25, 2015

United States District/~~Magistrate~~ Judge