United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA LAINE,

        Plaintiff,

   v.

CITY OF LIVERMORE, et al.,

        Defendants.

Case No. 15-cv-03656-VC

ORDER TO SHOW CAUSE

A case management conference took place on November 10, 2015. The conference was scheduled for 10:00 a.m., but the Court did not call the case until roughly 10:15, because two other case management conferences took place beforehand. Counsel for both defendants appeared at the case management conference, but the plaintiff did not appear. Accordingly, the plaintiff is ordered to show cause why the case should not be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. The plaintiff must file a brief, not to exceed 10 pages, responding to this order to show cause. If the plaintiff does not file the brief by November 20, 2015 at 4:00 p.m., the case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 10, 2015

_____
VINCE CHHABRIA
United States District Judge