UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA LAINE,

          Plaintiff,

     v.

CITY OF LIVERMORE, et al.,

          Defendants.

Case No.  15-cv-03656-VC

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

Re: Dkt. No. 35

     The order to show cause issued on November 10, 2015 is hereby discharged.

     **IT IS SO ORDERED.**

Dated: November 19, 2015

VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California